UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FIRST SAVINGS BANK, etc.,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No. 3:23-cv-432-TJC-LLL

RYAN OMOWALE DEANE,

    Defendant.

### O R D E R

Upon review of the file, it is hereby

**ORDERED:**

1.　　Plaintiff's Motion for Summary Judgment (Doc. 20) is **denied without prejudice**.　　No later than **March 22, 2024**, Plaintiff is authorized to file an amended motion for summary judgment which is better documented. As part of the amended motion for summary judgment, Plaintiff will discuss the significance of Exhibit C to the original motion for summary judgment, entitled "Assignment from MERS."

2.　　No later than **April 12, 2024**, Defendant must respond to the amended motion for summary judgment.　　Failure to file a timely response will cause the Court to treat the motion as unopposed.

3. Defendant's answer to the original complaint (Doc. 9) will stand over as his answer to the amended complaint (Doc. 13), but the "Legal Notice and Demand" attached to the answer is **stricken** but shall remain as filed for record purposes.

4. The UCC Finance Statement authored by Defendant attached as Exhibit A to Plaintiff's reply (Doc. 31) is hereby **stricken** and is void and of no further force or effect but shall remain as filed for record purposes. Defendant is cautioned not to make any such other frivolous filings.

**DONE AND ORDERED** in Jacksonville, Florida this 20th day of February, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

Copies:

Counsel of record
Pro se parties

2